IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 10-cr-175-bbc |
| SHAON ARCH, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to the court's attention that the defendant is to be released from custody on August 16, 2014. Defendant's current mental state presents potential problems with his placement while on supervised release. A hearing will be necessary to explore possible resolutions to those problems.

Therefore, IT IS ORDERED that federal defender appoint counsel for the purpose of representing defendant to address problems related to his placement while on supervised release.

Entered this ____4th____ day of August, 2014.

BY THE COURT:

BARBARA B. CRABB
District Judge

1