IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                  Plaintiff,

    v.

SHAON ARCH,

                  Defendant.

ORDER

10-cr-175-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to the court's attention that the defendant is to be released from custody on August 16, 2014. Defendant's current mental state presents potential problems with his placement while on supervised release. An expedited hearing is necessary to explore possible resolutions to those problems. In order to adequately assess defendant's mental condition, it is necessary for his counsel, probation and the court to obtain access to defendant's medical and mental health records since August of 2013, including a list of all medications.

Therefore, IT IS ORDERED that Bureau of Prisons is provide to the U.S. Probation Office for the Western District of Wisconsin forthwith a copy of defendant's medical and

1

mental health records since August of 2013, for use at an expedited hearing to be held on August 5, 2014 at 3:30 p.m. The records can be provided to Deputy Chief U.S. Probation Officer Tracy Russom and tracy_russom@wiwp.uscourts.gov or faxed to (608) 264-5189.

Entered this \_\_5th\_\_ day of August, 2014.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge