IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

SHAON ARCH,

                    Defendant.

ORDER

10-cr-175-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       A hearing was held in this case on August 5, 2014, before District Judge Barbara B. Crabb. The government was represented by Assistant United States Attorney Rita Rumbelow. Defendant Shaon Arch participated by video conference from MCFP Springfield and was represented in court by Assistant Federal Defender Kelly Welsh. Also present was Chief Deputy United States Probation Officer Tracy Russom.

       The purpose of the hearing was to discuss defendant's transition from federal prison following his release on August 15, 2014. The parties agreed that the best option is to allow Dane County to determine whether Mr. Arch requires an emergency psychiatric placement. In order to assist the county in making the determination, defendant's medical records and presentence report are to be made available to Dane County Corporation Counsel, to the Dane County Crisis Center and, if necessary, to Mendota Mental Health Institute.

       Therefore, IT IS ORDERED that United States Probation Officer Kristin Kiel is

1

granted permission to release Shaon Arch's medical records and presentence investigation report dated July 25, 2012 to the Dane County Corporation Counsel, to the Dane County Crisis Center and, if necessary, to Mendota Mental Health Institute, on the condition that the reports not be further disclosed without permission of the court.

Entered this \_\_\_5th\_\_\_ day of August, 2014.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
District Judge